JENIFER JOHNSTON, Oregon State Bar ID Number 953133
Senior Deputy City Attorney
Email: jenifer.johnston@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**JULEE L. REYNOLDS**,                                                                 **3:13-cv-00792-SI**

        **PLAINTIFF,**

                              **NOTICE OF SETTLEMENT**

    v.

**CITY OF PORTLAND,**

        **DEFENDANT.**


Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Settlement Agreement and Release of All Claims, a copy of which is attached hereto as Exhibit 1.

    Dated:  July 29, 2014

                          Respectfully submitted,


                          */s/ Jenifer Johnston*
                          JENIFER JOHNSTON, OSB # 953133
                          Senior Deputy City Attorney
                          Telephone: (503) 823-4047
                          Attorney for Defendant


Page  1  –  NOTICE OF SETTLEMENT